STATE of Missouri, Respondent,

v.

Domionte Sjornell CHEATUM, Appellant.

WD 77900

Missouri Court of Appeals, Western District.

ORDERED FILED: December 8, 2015

Ellen H. Flottman, Columbia, MO, for Appellant.

Richard A. Starnes, Jefferson City, MO, for Respondent.

Before Division One: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

## ORDER

Per curiam:

Domionte Cheatum appeals his convictions of murder in the second degree, rob-

bery in the first degree, and armed criminal action following a jury trial. Cheatum complains about comments during closing argument; that he was denied a speedy trial; and about the admission of evidence he claims was legally irrelevant. Finding no error, we affirm. Rule 30.25(b).